**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Charles Norwood

Plaintiff,

v.

Case No.: 1:25−cv−11378
Honorable Georgia N. Alexakis

Greystar Illinois Management, LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 17, 2025:

MINUTE entry before the Honorable Georgia N. Alexakis:For the reason stated in the accompanying order, plaintiff's complaint [5] is dismissed without prejudice. Because the dismissal is without prejudice, plaintiff may elect to file an amended complaint with this Court that cures the identified deficiencies if he so chooses. See Zimmerman v. Bornick, 25 F.4th 491, 494 (7th Cir. 2022) ("[T]he norm remains affording a plaintiff at least one opportunity to amend his complaint.") The Court directs plaintiff to file any such amended complaint on or before 10/31/25. The Court notes that plaintiff may also elect re−file his state−law claims in state court. Plaintiff's IFP application [4] is denied without prejudice. Plaintiff has until 10/31/25 to file an amended IFP application or pay the full filing fee. If plaintiff fails to do so, this case may be summarily dismissed. If plaintiff wishes to request the assistance of an attorney, he must file a separate motion for attorney representation indicating why he qualifies for such assistance. See, e.g., https://www.ilnd.uscourts.gov/_assets/_documents/_ forms/_online/motion_attorney_representation−filla ble.pdf. The Clerk is directed to send a copy of this order and a blank IFP application to plaintiff. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.