**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Charles Norwood

Plaintiff,

v.

Case No.: 1:25−cv−11378
Honorable Georgia N. Alexakis

Greystar Illinois Management, LLC, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 31, 2025:

MINUTE entry before the Honorable Georgia N. Alexakis: In light of plaintiff's letter [8], which reflects plaintiff's intention to proceed with litigation in state court, this matter is dismissed without prejudice to allow plaintiff to pursue that course of action. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.